EDWARD WEINFELD, as Commissioner of Housing of the State of New York, Appellant, *v.* KNICKERBOCKER VILLAGE, INC., Respondent.

Argued May 27, 1941; decided June 19, 1941.

*John J. Bennett, Jr., Attorney-General (Ira S. Robbins* of counsel), for appellant.

*Osmond K. Fraenkel, Nathan Dambroff* and *P. Wolf Winer* for Paul Samberg, *amicus curiæ.*

*Simon H. Rifkind, Sidney R. Nussenfeld* and *Hamilton McInnes* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.   Taking no part: LEHMAN, Ch. J.